# Third District Court of Appeal
## State of Florida

Opinion filed July 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0913
Lower Tribunal No. F19-12684
_____


**Edelio Gonzalez-Perez,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Edelio Gonzalez-Perez, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.